VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TINA PICCHI,<br><br>　　　　　　　Defendant. | CASE NO. 1:19-CR-00153  DAD BAM<br><br>STIPULATION TO MODIFY DEFENDANT TINA PICCHI'S CONDITIONS OF RELEASE; ORDER THEREON |

TO THE HONORABLE COURT:

　　　WHEREAS, Defendant Tina Picchi is currently on pretrial release per this Court's Order dated April 13, 2020 (Dkt. No. 49); and

　　　WHEREAS, one of her current conditions of release, Condition No. 7(l), imposes home incarceration and electronic monitoring; due to the layout of the residence where Picchi resides, going in the backyard places Picchi outside of electronic monitoring;

　　　WHEREAS, Defendant and the Government agree that Picchi should be able to go into the backyard for one hour per day; and

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

1

WHEREAS, the parties are informed of the defendant's positive performance during her time in pretrial release and that Pretrial Services Ali Mirgain has no objections to the requested modifications;

IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition No. 7(l) imposing Home Incarceration be modified as follows "You must remain inside your residence at all times, except for one (1) hour per day during the daylight hours but not later 7:00 p.m. restricted to your backyard, and for medical needs or treatment, religious services, and court appearances pre-approved by the PSO."

All other conditions not in conflict with this order shall remain in full force and effect.

Dated: May 28, 2020                     /s/ Virna L. Santos
                                        VIRNA L. SANTOS
                                        Attorney for Defendant
                                        Tina Picchi


Dated: May 28, 2020                     /s/ Ross Pearson
                                        ROSS PEARSON
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

    Dated:   **May 28, 2020**           /s/
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER