VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TINA PICCHI,<br><br>      Defendant. | CASE NO. 1:19-CR-00153  DAD BAM<br><br>STIPULATION TO MODIFY DEFENDANT TINA PICCHI'S CONDITIONS OF RELEASE; ORDER |

TO THE HONORABLE COURT:

  WHEREAS, Defendant Tina Picchi is currently on pretrial release per this Court's Order dated April 13, 2020 (Dkt. No. 49); and

  WHEREAS, Condition No. 7(f) prohibits any association or contact with co-defendants or any gang members including the Hell's Angel Motorcycle Club members, unless in the presence of counsel;

  WHEREAS, Defendant and the Government agree that Ms. Picchi should be permitted to have a one-hour call on Sundays, Tuesdays, Thursdays and Saturdays with her co-defendant and husband Randy Picchi; and

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

1

WHEREAS, the parties are informed of the defendant's positive performance during her time in pretrial release and that Pretrial Services Ali Mirgain has no objections to the requested modifications;

IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition 7(f) be modified as follows: "You not associate or have any contact with co-defendants or any gang members including the Hell's Angel Motorcycle Club members, unless in the presence of counsel, except that you may have telephone contact with you husband and co-defendant Randy Picchi for one hour on Sundays, Tuesdays, Thursdays and Saturdays."

All other conditions not in conflict with this order shall remain in full force and effect.

Dated September 11, 2020             /s/ Virna L. Santos
                                     VIRNA L. SANTOS
                                     Attorney for Defendant
                                     Tina Picchi


Dated: September 11, 2020            /s/ Laurel J. Montoya
                                     LAUREL J. MONTOYA
                                     Assistant U.S. Attorney

///

///

///

///

///

///

///

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

2

## **ORDER**

Condition 7(f) is modified as follows: "You shall not associate or have any contact with co-defendants or any gang members including the Hell's Angel Motorcycle Club members, unless in the presence of counsel, except that you may have telephone contact with you husband and co-defendant Randy Picchi for one hour on Sundays, Tuesdays, Thursdays and Saturdays."

All other conditions not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 14, 2020**       /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE