VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>TINA PICCHI,<br><br>              Defendant. | CASE NO. 1:19-CR-00153  DAD BAM<br><br>STIPULATION TO MODIFY DEFENDANT TINA PICCHI'S CONDITIONS OF RELEASE; ORDER |

TO THE HONORABLE COURT:

WHEREAS, Defendant Tina Picchi is currently on pretrial release per this Court's Order dated April 13, 2020 (Dkt. No. 49); and

WHEREAS, Condition No. 7(f) prohibits any association or contact with co-defendants or any gang members including the Hell's Angel Motorcycle Club members, unless in the presence of counsel; and

WHEREAS, Defendant and the Government agree that Ms. Picchi should be permitted to visit with her husband, co-defendant Randy Picchi, who has been hospitalized on an emergency

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

1

basis due to complications from a pancreas infection that will require a special life-saving procedure at UC San Francisco Medical Center;  and

WHEREAS, the parties further agree that Ms. Picchi should be allowed to travel from her home in Redding, California to UC San Francisco Medical Center, four hours each way, to be with her husband every other day beginning on November 16, 2020, until her husband is discharged from the hospital; and

WHEREAS, Pretrial Services Officer Ali Mirgain reports that Ms. Picchi has been subject to electronic monitoring for seven (7) months with no violations and is submitting to drug testing, participating in drug counseling, and has been compliant with her release conditions; and

WHEREAS, the parties are informed that Pretrial Services Ali Mirgain has no objections to the requested modifications;

IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition 7(f) be modified as follows:

1) You must not associate or have any contact with co-defendants or any gang members including the Hell's Angel Motorcycle Club members, unless in the presence of counsel or otherwise approved in advance by pretrial services,  with the exception of your husband Randy Picchi, whom you may visit beginning on November 16, 2020 and every other day until he is released from the hospital;

2) Defendant is authorized to travel from her home in Redding, California to UC San Francisco Medical Center--a four-hour trip each way--from 6:00 a.m. until 6:00 p.m. for the purpose of visiting her husband at the hospital.

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

All other conditions not in conflict with this order shall remain in full force and effect.

Dated: November 15, 2020          /s/ Virna L. Santos_____
                                  VIRNA L. SANTOS
                                  Attorney for Defendant
                                  Tina Picchi


Dated: November 15, 2020          /s/ Ross Pearson_____
                                  ROSS PEARSON
                                  Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   **November 16, 2020**         _____
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

3